IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN LANCE WILLIAMS,

       Plaintiff,             No. CIV S-02-2223 DFL KJM P

   vs.

DIANE K. BUTLER, et al.,

       Defendants.      ORDER

_____/

       Defendant Dunne has requested an extension of time to serve responses to plaintiff's first set of interrogatories.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Defendant Dunne's request for an extension of time is granted; and

       2.  Defendant Dunne is granted until July 18, 2005, to serve responses to plaintiff's first set of interrogatories.

DATED:  June 24, 2005.

_____

UNITED STATES MAGISTRATE JUDGE

1
will0223.36(1)