IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN LANCE WILLIAMS,

    Plaintiff,                      No. CIV S-02-2223 DFL KJM P

    vs.

DIANE K. BUTLER, et al

    Defendants.             <u>ORDER</u>

_____/

        This matter currently is scheduled for trial on April 17, 2006. Because there are several matters pending, the trial date is hereby vacated. A new trial date will be established, if necessary, in an upcoming court order.

DATED: March 21, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

1
will2223.vtd