IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN LANCE WILLIAMS,<br><br>          Plaintiff,<br><br>vs.<br><br>DIANE K. BUTLER, et al.,<br><br>          Defendants. | No. 2:02-CV-02223-RRB-KJM P<br><br>**ORDER** |

      Plaintiff Kelvin Lance Williams ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On August 16, 2007, Magistrate Judge Kimberly J. Mueller filed Findings and Recommendations (Docket 89) herein, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  Plaintiff has filed Objections to the Magistrate's Findings and Recommendations at Docket 91.

      Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the

ORDER RE MOTION FOR SUMMARY JUDGMENT - 1
2:02-CV-02223-RRB-KJM P

provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of the relevant pleadings filed in this matter.  Having carefully and thoroughly reviewed the same, the court finds the Magistrate's Findings and Recommendations (Docket 89) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations (Docket 89) filed on August 16, 2007, are adopted in full;

2. The November 29, 2006, Motion for Summary Judgment (Docket 84), filed by Defendants Dunne and Chapman, is **GRANTED** with respect to Plaintiff's remaining claim against Defendant Chapman, but **DENIED** as to Plaintiff's Remaining Claim against Defendant Dunne;

3. Defendant Chapman is **DISMISSED** from this action;

4. Plaintiff is ordered to file an amended pretrial statement within thirty days; and

5. Defendant Dunne is ordered to file her pretrial statement within fourteen days of service of Plaintiff's amended pretrial statement.

ENTERED this 28th day of November, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER RE MOTION FOR SUMMARY JUDGMENT - 2
2:02-CV-02223-RRB-KJM P