IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN LANCE WILLIAMS,

        Plaintiff,               No. CIV S-02-2223 RRB KJM P

    vs.

DIANA BUTLER, et al.,

        Defendants.       <u>ORDER</u>

_____/

       Plaintiff asks that the court appoint him a guardian <u>ad</u> <u>litem</u> under Federal Rule of Civil Procedure 17(c).  However, plaintiff has not shown that he is mentally incompetent as required by that rule.  Therefore, IT IS HEREBY ORDERED that plaintiff's December 21, 2007 request that the court appoint him a guardian <u>ad</u> <u>litem</u> is denied.

DATED:  January 24, 2008.

_____
U.S. MAGISTRATE JUDGE

1
will2223.gal