IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KELVIN LANCE WILLIAMS,**

            Plaintiff,

v.

**DIANA BUTLER, et al.,**

            Defendants.

CASE NO. 2:02-CV-02223-RRB KJM P

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE AND SERVE PRETRIAL STATEMENT**

Defendants' second request for an extension of time to file and serve their pretrial statement (docket no. 102) was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED, that Defendants have until March 7, 2008, to file and serve their pretrial statement in this case.

DATED: February 15, 2008.

_____
U.S. MAGISTRATE JUDGE