IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN LANCE WILLIAMS,

      Plaintiff,               No. CIV S-02-2223 JAM KJM P

   vs.

DIANA BUTLER, et al.,

      Defendants.        <u>ORDER</u>

                           /

        On October 6, 2008, the court issued its pretrial order and informed the parties that they could file objections within fifteen days. Plaintiff has filed objections. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's exhibit list in the pretrial order is amended to include the following:

           A. Statement of informed consent regarding antidepressants dated 8/29/01;

           B. Workers Compensation Claim Number 77-TL133000 State Compensation Insurance Fund Letter dated 2/18/98;

           C. Orthopedic Clinic - Dr. Kofoed consulting service request dated 1/14/02;

/////

        D.  CDC-128-G physical therapy notes dated 10/9/02 and 1/31/03;

        E.  Staff Psychologist reports by Dr. Weyl dated 9/12/01 and 12/17/01;

        Staff Psychologist reports by S. Friel dated 10/8/02;

        F.  CDC-128-G dated 2/2/00, 3/9/00 and 3/14/00;

        G.  CDC-1845 regarding Dr. Torruella dated 2/2/00; and

        H.  Job reports dated 10/12/00 & 7/11/00.

    2.  In all other aspects, plaintiff's objections to the court's pretrial order are overruled.  To the extent plaintiff asserts objections to defendants' witnesses or evidence, the objections are overruled without prejudice to plaintiff's filing a motion in limine within the time limit specified in the pretrial order.

DATED:  November 10, 2008.

_____
U.S. MAGISTRATE JUDGE

1
will2223.opt