IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELVIN LANCE WILLIAMS,

    Plaintiff,                 No. CIV S-02-2223 JAM KJM P

    vs.

DIANE K. BUTLER, et al.,

    Defendants.            <u>ORDER</u>

                               /

           Plaintiff has filed a document in which he requests that the court order that plaintiff be housed at Deuel Vocational Institution immediately prior to and following the settlement conference scheduled for April 9, 2009, and that he be escorted to the court for the settlement conference by the United States Marshal. There does not does not appear to be good cause, legal or otherwise, for granting plaintiff's requests. Therefore, the requests are denied.

DATED: April 6, 2009.

                                                                          U.S. MAGISTRATE JUDGE

1
will2223.dvi